**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **TANNAZ HEMMATI NEJAD FARAHANI,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **No. CIV-26-3003-G** |
| **FRED FIGUEROA, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER TO SHOW CAUSE**

Petitioner filed this habeas corpus petition through counsel on October 20, 2026. Doc. 1. The Court issued an order to cure on October 27, 2026, notifying Counsel that they must provide proof of admission to practice in this Court or move for admission pro hac vice. Doc. 4. Counsel moved for an extension of time to complete their application for admission, which was granted. Docs. 6, 8. The Court granted an extension until November 12, 2026. Doc. 8. Counsel has not provided proof of their admission to practice in this Court nor moved for admission pro hac vice.

The Court orders counsel to show cause **by November 20, 2026**, why the Court should not dismiss this action for failure to prosecute and to follow the Court's orders and rules. *See, e.g.*, *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1161 n.2 (10th Cir. 2007) (noting [Fed. R. Civ. P.] 41(b) permits courts "to dismiss actions sua sponte for a plaintiff's failure to . . .

comply with the rules of civil procedures or court's orders"); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (discussing the inherent power of a court to dismiss suits for lack of prosecution).

**SO ORDERED** this 16th day of November, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE